James D. Greene, Esq., Nevada Bar No. 2647  *E-filed: July 6, 2011*
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Proposed Attorneys for Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: NOVEMBER 2005 LAND INVESTORS, LLC,<br><br>Debtors. | Bankruptcy No. BK-S-11-20704<br><br>Chapter 11 |
| In re: NLV HOLDING, LLC,<br><br>Debtors. | Bankruptcy No. BK-S-11-20707<br><br>Chapter 11 |
| In re: BOPH, INC.,<br><br>Debtor. | Bankruptcy No. BK-S-11-20709<br><br>Chapter 11 |
| Affects:<br><br>■ All Debtors<br><br>☐ Affects the following Debtor(s) | |

**NOTICE OF RELATED CASES**

November 2005 Land Investors, L.L.C. ("November 2005"), NLV Holding, L.L.C. ("NLV Holding") and BOPH, Inc. ("BOPH") (collectively, the "Debtors"), as debtors-in-possession, file this Notice of Related Cases (the "Notice") and respectfully represent as follows:

1

1. On July 6, 2011, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. November 2005 previously filed a Chapter 11 proceeding in this Court on May 8, 2009, Case No. 09-17474-mkn (the "Initial November 2005 Case"). The Court entered an order confirming the amended plan of reorganization in the Initial November 2005 Case on November 4, 2009, and the Initial November 2005 Case was closed on October 22, 2010.

3. NLV Holding is the sole member of November 2005.

4. BOPH is the sole member of NLV Holdings.

Dated this 6th day of July, 2011.

GREENE INFUSO, LLP

/s/ James D. Greene
James D. Greene, Esq.
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

2